AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the

DOA: 9/26/2023

| | | |
|---|---|---|
| United States of America | ) | Case No. 23-8452mJ |
| v. | ) | |
| 1. David Quintero Valdez,<br>2. Hector Delacruz, and<br>3. Juan Jose Rocha Martinez | ) | |
| Defendants | | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

On or about September 26, 2023, in Maricopa County, in the District of Arizona, David QUINTERO VALDEZ, Hector DELACRUZ, and Juan Jose ROCHA MARTINEZ, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown, to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause, Incorporated by Reference Herein

☒ Continued on the attached sheet.

Reviewed by AUSA Esther J. Winne

_____
Complainant's signature

LeRoy Lewis, TFO, DEA
Printed name and title

Sworn to me telephonically and signed electronically.

Date: 9-28-23

_____
Judge's signature

City and state: Phoenix, Arizona

Honorable John Z. Boyle, U.S. Magistrate Judge
Printed name and title

**STATEMENT OF PROBABLE CAUSE**

I, LeRoy Lewis, Task Force Officer of the Drug Enforcement Administration, being duly sworn, declare and state as follows:

**INTRODUCTION AND BACKGROUND OF AFFIANT**

1. Affiant Lewis has been employed by the City of Glendale as a Police Officer for over fifteen years. Affiant Lewis is currently assigned to the Glendale Police Department Special Investigations Unit, Narcotics Squad, as an undercover narcotics detective and has been so since January 2019. This unit is responsible for undercover investigations of mid-level and large-scale DTOs. Affiant Lewis is also assigned as a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA) as part of the West Valley DEA Task Force. Prior to being assigned to the Special Investigations Unit, Affiant Lewis was assigned to the Neighborhood Response Squad, which investigated street level drug investigations.

2. During his time as a member of the Neighborhood Response Squad and an SIU Detective, Affiant Lewis developed knowledge and expertise in the daily operations of drug traffickers through personal observations during numerous hours of surveillance. Affiant Lewis also gained experience in the methods used by drug traffickers to launder their illicit proceeds, including the acquisition of real estate, vehicles, personal property and the concealment and transportation of large sums of drug proceeds.

3. Throughout Affiant Lewis' law enforcement career, he has interviewed confidential sources, sources of information, and persons involved in the distribution of illegal drugs. Through that experience, Affiant Lewis has gained knowledge in the operations and methods of drug traffickers. Affiant Lewis has also worked with other experienced narcotics investigators, with whom he has discussed aspects of using, selling, packaging, manufacturing, and transferring of marijuana, narcotic drugs, and dangerous drugs in the District of Arizona.

4. Affiant Lewis attended the Arizona Law Enforcement Academy, which included basic drug identification and detection instruction. Affiant Lewis is also certified

by the Arizona Department of Public Safety crime laboratory to perform field drug tests for marijuana, cocaine, and methamphetamine. Affiant Lewis is a member of and received numerous training classes through the Arizona Narcotic Officer's Association and the International Association of Undercover Officers.

5. Affiant Lewis served as co-affiant on two court ordered wiretap investigations into DTOs. Affiant Lewis was also involved in assisting in no less than five court ordered wiretap investigations into DTOs as a surveillance officer and the supervising of line interceptions. Affiant Lewis has conducted numerous investigations into illegal drug distribution conspiracies, has drafted at least fifty drug-related search warrants, and has been involved in undercover drug operations. Affiant Lewis assisted in serving at least twenty drug and criminal search warrants as a member of the entry teams.

6. In preparing this affidavit, Affiant Lewis has conferred with DEA Special Agents and other law enforcement officers, who share the opinions and conclusions stated herein. Furthermore, Affiant Lewis has personal knowledge of the following facts contained within this Affidavit or has learned them from the sources mentioned herein. Affiant Lewis also relied on his training, experience, and background in law enforcement to evaluate this information. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, your Affiant has not included each and every fact or source of information establishing the violation of federal law.

## PROBABLE CAUSE

7. On September 26, 2023, at approximately 4 p.m., investigators from the West Valley DEA taskforce set up surveillance at Cracker Barrel located at 9312 West Glendale, Glendale, Arizona. Investigators were conducting surveillance in anticipation a suspected drug deal, which was coordinated, in part, by a DEA confidential source (CS). The CS that provided this information to law enforcement has been actively working for the DEA since 2017 and is believed to be credible and reliable. The CS is working for financial and immigration benefits. To date, the CS has been involved in approximately 100 different operations, which have led to the seizure of distribution quantities of methamphetamine,

cocaine, heroin, fentanyl powder, M/30 fentanyl pills, and proceeds believed to be generated from the sale of controlled substances.

8. Prior to the planned meet up, the CS had been in telephonic communication and Whats App messaging with the defendant, David QUINTERO VALDEZ, to purchase 50 pounds of methamphetamine in exchange for $55,000 in U.S. currency.

9. In the evening of September 26, 2023, QUINTERO VALDEZ arrived at the pre-determined meet location as the passenger of a 2007 Honda Civic. The Honda was driven by another individual, who has not been charged as part of this conspiracy. During the meeting, QUINTERO VALDEZ told the CS that the methamphetamine would be arriving at 7:45 p.m., by vehicle.

10. At approximately 8:05 p.m., a black Jeep arrived and parked next to the Honda Civic. There were two occupants in the black Jeep, later identified as the defendants, Juan Jose ROCHA MARTINEZ, the driver, and Hector DELACRUZ, the passenger.

11. QUINTERO VALDEZ and the CS approached the black Jeep, where DELACRUZ showed them a large quantity of methamphetamine, which was on the floorboard of the front passenger seat. ROCHA MARTINEZ was in the driver's seat during this interaction and later left the area alone in the black Jeep. The other defendants, QUINTERO VALDEZ and DELACRUZ, stayed behind at the Cracker Barrel. At this time, law enforcement wearing marked Police attire with lights and sirens activated, made contact with ROCHA MARTINEZ in the Jeep and the subjects at the Cracker Barrel. All subjects were detained without incident.

12. After placing the defendants in custody, investigators took possession of the white crystalline substance that was found in the black Jeep, which field tested positive for methamphetamine. The total weight of the methamphetamine, including packaging, was 11.043 kilograms. Investigators also located two handguns in the black Jeep.

13. All three defendants were then transported to the Glendale Police Department for questioning and processing. During a post-*Miranda* interview, QUINTERO VALDEZ admitted to meeting with the CS and contacting DELACRUZ at (XXX) XXX-XX09 for

the purpose of bringing the methamphetamine to the Cracker Barrel. QUINTERO VALDEZ told investigators he was expecting to receive $1,000 for bringing the customer and DELACRUZ together to complete the deal. During a post-*Miranda* interview, ROCHA MARTINEZ confirmed to investigators that he had a role in the conspiracy.

13. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendants, QUINTERO VALDEZ, DELACRUZ and ROCHA MARTINEZ, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown, to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), all in violation of Title 21, United States Code, Section 846.

LeRoy Lewis
Task Force Officer
Drug Enforcement Administration

Signed electronically and sworn to me telephonically this 28th day of September, 2023.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge